**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Maggy's, Inc.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **FDBA  Maggy's** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **81-3627236**<br>**81-3627236** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**310 E Ebony St**<br>**Thayer, IL 62689-1016**<br>Number, Street, City, State & ZIP Code<br><br>**Macoupin**<br>County | **Mailing address, if different from principal place of business**<br><br>**124 Stelle Ct**<br>**Virden, IL 62690-1105**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>**310 E Ebony St Thayer, IL 62689-1016**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Maggy's, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Maggy's, Inc.**                                                                    Case number (*if known*) _____
    Name

---

**11.** **Why is the case filed in** *this district?*    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Maggy's, Inc.**
_____
Name                                                                    Case number (*if known*) _____

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment
for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
   of authorized
   representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 26, 2017**
                _____
                MM / DD / YYYY

X **/s/ Lorilee A. Cumming**
_____        **Lorilee A. Cumming**
Signature of authorized representative of debtor        _____
                                                        Printed name

Title    **President/Owner**
         _____

**18. Signature of attorney**

X **/s/ John Narmont**
_____        Date    **May 26, 2017**
Signature of attorney for debtor                _____
                                                MM / DD / YYYY

**John Narmont**
_____
Printed name

**John S. Narmont - 02016540**
_____
Firm name

**209 N Bruns Ln**
**Springfield, IL 62702-4612**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(217) 787-4130**        Email address    **jnarmont@narmontlaw.com**

**99999**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Maggy's, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:      Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2017** to **Filing Date** | ☐ Operating a business<br>☐ Other _____ | **unknown** |
| **For prior year:** From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>**Gross receipts/sales $45.625.00**<br>**Goods sold**<br>☐ Other **$26,052.00** | **$19,573.00** |
| **For year before that:** From **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>☐ Other _____ | **unknown** |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|
| | |

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

| Debtor | Maggy's, Inc. | Case number *(if known)* |
|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Ladage Construction, Inc. vs. Lori Cumming<br>2017 SC 1821 | Small Claims - Collection | Sangamon County Circuit Clerk<br>200 S 9th St<br>Springfield, IL 62701-1629 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **2**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Maggy's, Inc.**                                           Case number (if known) _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | **Fee includes:**<br>**$335.00 Filing Fee**<br>**$33.00 for single filing, credit report information from the credit reporting agencies electronically loaded to petition;**<br>**Remaining Balance - Attorney Fee**<br><br>**The above fee includes meeting with the client, preparation of the petition, and work through the first meeting of creditors as indicated in the Standing Order entered January 1, 2014, or as said order may be altered, amended, or updated from time to time. Said fee does not include any adversary proceedi** | | |
| | **John S. Narmont - 02016540**<br>**209 N Bruns Ln**<br>**Springfield, IL 62702-4612** | | **02/14/17** | **$2,108.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

14. **Previous addresses**

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page **3**

Debtor    **Maggy's, Inc.**                                          Case number *(if known)* _____

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---------|-------------------------------|
|         |                               |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|----------------------------------------------------------------------------|
|                           |                                                                                  |                                                                            |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First National Bank Of Raymond**<br>**405 N. Broad St.**<br>**Raymond, IL 62560** | **XXXX-7790** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Opened October 2016 Closed January 2017 Zero Balance at closing** | **$0.00** |
| 18.2. | **First National Bank Of Raymond**<br>**405 North Broad Street**<br>**Raymond, IL 62560** | **XXXX-8151** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Opened July 2016 Closed January 2017 Zero balance at closing** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   **Maggy's, Inc.**                                       Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

Debtor  **Maggy's, Inc.**                                                    Case number *(if known)*  _____

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
|  |  |  |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Jeff S. Mortimer CPA**<br>**108 S 5th St**<br>**Auburn, IL 62615-1402** | **March 2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2
years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Jeff S. Mortimer CPA**<br>**108 S 5th St**<br>**Auburn, IL 62615-1402** | **March 2017** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable,<br>explain why |
|---|---|
|  |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement
within 2 years before filing this case.

■ None

| Name and address |
|---|
|  |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|
|  |  |  |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in
control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if<br>any |
|---|---|---|---|
| **Lorilee A. Cumming** | **124 Stelle Ct**<br>**Virden, IL 62690-1105** | **Owner** |  |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **Maggy's, Inc.**                                          Case number *(if known)* _____

**of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Lorilee A. Cumming** | **124 Stelle Ct Virden, IL 62690-1105** | **Owner** | **July 2016 - January 2017** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 26, 2017**

**/s/ Lorilee A. Cumming** _____          **Lorilee A. Cumming** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President/Owner** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name     **Maggy's, Inc.**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:     Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................     $                    0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................     $                298.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................     $                298.00

---

**Part 2:     Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A *Amount of claim*, from line 3 of *Schedule D*....................................     $                    0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................     $            343,880.38

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................     +$             13,550.78

4.   Total liabilities .................................................................................................................................
    Lines 2 + 3a + 3b     $            357,431.16

**Fill in this information to identify the case:**

Debtor name    **Maggy's, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                                        Current value of
                                                                                                             debtor's interest

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.        **Deposits, including security deposits and utility deposits**
          Description, including name of holder of deposit

   7.1.    **Security Deposit - Ameren**                                                                     **$298.00**

8.        **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

9.        **Total of Part 2.**                                                                               **$298.00**
          Add lines 7 through 8. Copy the total to line 81.

**Part 3:       Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4:       Investments**

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Debtor | **Maggy's, Inc.** | Case number *(If known)* | _____ |
|---|---|---|---|
| | Name | | |

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites | | | |
| 62. | Licenses, franchises, and royalties <br> Licenses - Video gaming, food, liquor | $0.00 | | $0.00 |
| 63. | Customer lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property | | | |
| 65. | Goodwill | | | |
| 66. | Total of Part 10. <br> Add lines 60 through 65. Copy the total to line 89. | | | $0.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **Maggy's, Inc.**_____    Case number *(If known)* _____
Name

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **Maggy's, Inc.**
          Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $298.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $298.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $298.00 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Maggy's, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name  **Maggy's, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
    priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Illinois Department Of Revenue**<br><br>**PO Box 64338**<br>**Chicago, IL 60664-0338** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $557.35 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br><br>**PO Box 19035**<br>**Springfield, IL 62794-9035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $465.15 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |

| Debtor | **Maggy's, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $411.88 | $0.00 |
|---|---|---|---|---|

**Illinois Department of Revenue**

*Check all that apply.*
☐ Contingent

**PO Box 19025**
**Springfield, IL 62794-9025**

☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $342,056.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**

*Check all that apply.*
☐ Contingent

**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**

*Check all that apply.*
☐ Contingent

**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Acme Credit Services**

☐ Contingent

**PO Box 2816**
**Springfield, IL 62708-2816**

☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __

**Last 4 digits of account number __**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**AEC**

☐ Contingent

**3003 Stanton St**
**Springfield, IL 62703-4316**

☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __

**Last 4 digits of account number __**

Is the claim subject to offset?   ■ No   ☐ Yes

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Debtor | **Maggy's, Inc.** | | Case number (if known) | |
| | Name | | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,491.00** |
| | **Airmasters Heating & Cooling** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **1330 N Grand Ave W** | ☐ Disputed | |
| | **Springfield, IL 62702-1608** | | |
| | Date(s) debt was incurred __07/2016__ | **Basis for the claim:** ___ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
| | **Alisha L. Points** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **902 Redwood Dr** | ☐ Disputed | |
| | **Auburn, IL 62615-9364** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** ___ | |
| | Last 4 digits of account number __5977__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,601.63** |
| | **Ameren Illinois** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 88034** | ☐ Disputed | |
| | **Chicago, IL 60680-1034** | | |
| | Date(s) debt was incurred __08/2016__ | **Basis for the claim:** ___ | |
| | Last 4 digits of account number __7560__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
| | **Andrea E. McKain** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **73 Sugar Creek Hls** | ☐ Disputed | |
| | **Auburn, IL 62615-9617** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** ___ | |
| | Last 4 digits of account number __8691__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
| | **Breakthru Beverage Illinois, LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 809180** | ☐ Disputed | |
| | **Chicago, IL 60680-9180** | | |
| | Date(s) debt was incurred __09/2016__ | **Basis for the claim:** ___ | |
| | Last 4 digits of account number __2803__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
| | **CCB Credit Services** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 272** | ☐ Disputed | |
| | **Springfield, IL 62705-0272** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** ___ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
| | **Coca Cola Refreshments** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **3495 E Sangamon Ave** | ☐ Disputed | |
| | **Springfield, IL 62707-9731** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** ___ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Debtor | Maggy's, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**Collection Professionals, Inc.**

PO Box 401
Macomb, IL 61455-0401

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**Credit Bureau Accounts**

121 NE Jefferson Ave Ste 100
Peoria, IL 61602-1229

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**Credit Bureau Of Macoupin County**

905 W Spresser St
Taylorville, IL 62568-1831

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**Credit Collection Partners**

905 W Spresser St
Taylorville, IL 62568-1831

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**Danny L. Snodgrass, Landlord**

103 Foxx Manor Dr
Chatham, IL 62629-9727

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**Deanna M. Weaver**

404 S Bissell St
Virden, IL 62690-1605

Date(s) debt was incurred __

Last 4 digits of account number  **9380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$602.91**

**Denton Merritt Dycus Insurance Agency**

PO Box 1179
Springfield, IL 62705-1179

Date(s) debt was incurred  **01/2016**

Last 4 digits of account number  **3013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Maggy's, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$673.29**

**Directv**

PO Box 5006
Carol Stream, IL 60197-5006

Date(s) debt was incurred  09/2017

Last 4 digits of account number  8587

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00**

**Eagle Publications, Inc**

2 Eastport Plaza Dr
Collinsville, IL 62234-6109

Date(s) debt was incurred  09/2016

Last 4 digits of account number  ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown**

**Ecolab, Inc.**

PO Box 64371
Saint Paul, MN 55164-0371

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Faith Printing**

824 Bills Rd
Franklin, IL 62638-5144

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown**

**First National Bank of Raymond**

PO Box 350
Virden, IL 62690-0350

Date(s) debt was incurred  ___

Last 4 digits of account number  8151

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95.30**

**Flowers Sanitation**

PO Box 227
Virden, IL 62690-0227

Date(s) debt was incurred  01/2017

Last 4 digits of account number  7993

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown**

**Geoff A. Martin**

3 Karl Ln
Springfield, IL 62702-3521

Date(s) debt was incurred  ___

Last 4 digits of account number  3387

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Debtor | Maggy's, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address

**Grand River Amusements**

10685 E State Route 29
Rochester, IL 62563-7977

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**unknown**

---

**3.25** | Nonpriority creditor's name and mailing address

**Gwendolyn R. Orr**

501 E Madison St
Auburn, IL 62615-9349

Date(s) debt was incurred __

Last 4 digits of account number  3489

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**unknown**

---

**3.26** | Nonpriority creditor's name and mailing address

**Heartland Payment Systems**

1 Heartland Way
Jeffersonville, IN 47130-5870

Date(s) debt was incurred  11/2016

Last 4 digits of account number  0639

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$225.71**

---

**3.27** | Nonpriority creditor's name and mailing address

**Humphreys Market**

1821 S 15th St
Springfield, IL 62703-3235

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.28** | Nonpriority creditor's name and mailing address

**Illinois Department Of Revenue**

PO Box 64338
Chicago, IL 60664-0338

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**unknown**

---

**3.29** | Nonpriority creditor's name and mailing address

**Illinois Gaming Board**

160 N La Salle St # 300
Chicago, IL 60601-3130

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**unknown**

---

**3.30** | Nonpriority creditor's name and mailing address

**Illinois Liquor Control Commission**

100 W Randolph St Ste 7-801
Chicago, IL 60601-3290

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**unknown**

---

| Debtor | **Maggy's, Inc.** | | Case number *(if known)* | |
| | Name | | | |

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown

**Internal Revenue Service**

PO Box 7346
Philadelphia, PA 19101-7346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown

**Jay A. Veach**

1311 Valley Dr
Springfield, IL 62702-2250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  3218

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown

**Jensyn L. Warren**

203 S Springfield St
Virden, IL 62690-1421

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  5774

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown

**Joshua Snodgrass**

310 E Ebony St
Thayer, IL 62689-1016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown

**Kaylie M. Phillips**

318 W Jefferson St
Girard, IL 62640-1118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  0068

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown

**Kimberly L. Warren**

203 S Springfield St
Virden, IL 62690-1421

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  6618

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown

**Kyle D. Brown**

201 E Ebony St
Thayer, IL 62689-1013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  6524

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Maggy's, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,804.05** |
|---|---|---|---|

**Ladage Construction, Inc**

12300 Alexander Rd
Auburn, IL 62615-9262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/2016__

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,669.23** |
|---|---|---|---|

**Lewis Electric**

1204 W Dean St
Virden, IL 62690-9602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/2016__

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$389.21** |
|---|---|---|---|

**Liberty Utilities**

2751 N High St
Jackson, MO 63755-4003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/2016__

**Basis for the claim:** __

Last 4 digits of account number __0889__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
|---|---|---|---|

**Lomelino Sign Company**

2122 E Morton Ave
Jacksonville, IL 62650-6431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
|---|---|---|---|

**Lorilee A. Cumming**

124 Stelle Ct
Virden, IL 62690-1105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __0943__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
|---|---|---|---|

**Mackenzie M. Tanner**

401 N Rose Dr
Auburn, IL 62615-9310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __7805__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
|---|---|---|---|

**Maggie J. Howarth**

236 S Church St
Virden, IL 62690-1310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __6622__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Maggy's, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Marketplace Selections**

1723 W Altorfer Dr
Peoria, IL 61615-1924

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  09/2016

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Mary L. Camp**

101 W Ebony St
Thayer, IL 62689-1019

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  1930

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Michael E. Butler**

327 N Dye St
Virden, IL 62690-1425

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  5599

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Midwest Credit & Collections, Inc.**

PO Box 445
Decatur, IL 62525-0445

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Nationwide Business Resources**

15430 Condon Ave
Lawndale, CA 90260-1937

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $245.00 |
|---|---|---|---|

**New Air Heating, Cooking & Duct Cleaning**

PO Box 19
Thayer, IL 62689-0019

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  09/2016

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $409.13 |
|---|---|---|---|

**New Wave Communications**

PO Box 988
Sikeston, MO 63801-0988

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  10/2016

**Basis for the claim:** __

Last 4 digits of account number  3801

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Maggy's, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **unknown**

Pro Com Services Of Illinois, Inc.

3301 Constitution Dr Ste D
Springfield, IL 62711-7109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **unknown**

Professional Adjustment Bureau

1305 S 9th St
Springfield, IL 62703-2526

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$72.17**

RK Dixon

PO Box 856699
Minneapolis, MN 55485-6699

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred  11/2016

Last 4 digits of account number  2401

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **unknown**

Robert Chick Fritz, Inc.

1000 E Hazel Dell Rd
Springfield, IL 62703-5203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred  10/2016

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **unknown**

Sangamon County Circuit Court

200 S 9th St
Springfield, IL 62701-1629

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred  04/27/2017

Last 4 digits of account number  1821

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$539.50**

Sangamon County Dept of Public Health

2833 S Grand Ave E
Springfield, IL 62703-2175

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred  11/2016

Last 4 digits of account number  5572

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **unknown**

Shianne E. Prehn

403 1/2 W Jefferson St
Girard, IL 62640-1104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number  9859

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Maggy's, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**Skeff Distributing Company, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3585 E L & A Industrial Dr**
**Decatur, IL 62521**

**Basis for the claim:** __

Date(s) debt was incurred  **09/2016**

Last 4 digits of account number __      Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$138.72**

**Snell Enterprises, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**617 S Springfield St**
**Virden, IL 62690-1680**

**Basis for the claim:** __

Date(s) debt was incurred  **12/2016**

Last 4 digits of account number __      Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.63**

**South County Publications**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 50**
**Auburn, IL 62615-0050**

**Basis for the claim:** __

Date(s) debt was incurred  **09/2016**

Last 4 digits of account number __      Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**Southern Glazers of IL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2971 Collection Center Dr**
**Chicago, IL 60693-0029**

**Basis for the claim:** __

Date(s) debt was incurred  **09/2016**

Last 4 digits of account number __      Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**T. J. Martin**

☐ Contingent
☐ Unliquidated
☐ Disputed

**817 Freemans Farm Rd**
**Springfield, IL 62704-1010**

**Basis for the claim:** __

Date(s) debt was incurred  __

Last 4 digits of account number  **6701**      Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$256.30**

**Thayer Water/Sewer**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 74**
**Thayer, IL 62689-0074**

**Basis for the claim:** __

Date(s) debt was incurred  **01/2017**

Last 4 digits of account number  **0101**      Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **unknown**

**Trina R. Christian**

☐ Contingent
☐ Unliquidated
☐ Disputed

**206 S Springfield St Apt F**
**Virden, IL 62690-1489**

**Basis for the claim:** __

Date(s) debt was incurred  __

Last 4 digits of account number  **4240**      Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Debtor | Maggy's, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
|---|---|---|---|

**Uline**

PO Box 88741
Chicago, IL 60680-1741

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ameren Credit & Collections**<br>2105 E State Route 104<br>Pawnee, IL 62558-4681 | Line **3.5**<br>☐ Not listed. Explain ____ | **7560** |
| 4.2 | **Ameren Illinois**<br>PO Box 2543<br>Decatur, IL 62525-2543 | Line **3.5**<br>☐ Not listed. Explain ____ | **7560** |
| 4.3 | **Auto Owners Insurance**<br>PO Box 740312<br>Cincinnati, OH 45274-0312 | Line **3.16**<br>☐ Not listed. Explain ____ | **3013** |
| 4.4 | **Barber, Segatto, Hoffee, Wilke & Cate**<br>PO Box 79<br>Springfield, IL 62705-0079 | Line **3.38**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **CCB Credit Services**<br>PO Box 272<br>Springfield, IL 62705-0272 | Line **3.5**<br>☐ Not listed. Explain ____ | **7560** |
| 4.6 | **Coca Cola Refreshments**<br>2335 Paysphere Cir<br>Chicago, IL 60674-0023 | Line **3.9**<br>☐ Not listed. Explain ____ | __ |
| 4.7 | **D. Lewis Electric, Inc.**<br>PO Box 106<br>Virden, IL 62690-0106 | Line **3.5**<br>☐ Not listed. Explain ____ | **7560** |
| 4.8 | **Directv**<br>PO Box 598004<br>Orlando, FL 32859-8004 | Line **3.17**<br>☐ Not listed. Explain ____ | **8587** |
| 4.9 | **Directv**<br>PO Box 5007<br>Carol Stream, IL 60197-5007 | Line **3.17**<br>☐ Not listed. Explain ____ | **8587** |
| 4.10 | **Gwendolyn R. Orr**<br>PO Box 126<br>Thayer, IL 62689-0126 | Line **3.25**<br>☐ Not listed. Explain ____ | **3489** |

| Debtor | Maggy's, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.11 | **Illinois Department of Revenue** <br> **PO Box 19035** <br> **Springfield, IL 62794-9035** | Line **3.28** <br> ☐ Not listed. Explain ____ | _ |
| 4.12 | **Illinois Department of Revenue** <br> **PO Box 19035** <br> **Springfield, IL 62794-9035** | Line **2.1** <br> ☐ Not listed. Explain ____ | _ |
| 4.13 | **Illinois Department of Revenue** <br> **PO Box 19043** <br> **Springfield, IL 62794-9043** | Line **2.1** <br> ☐ Not listed. Explain ____ | _ |
| 4.14 | **Illinois Department of Revenue** <br> **PO Box 19025** <br> **Springfield, IL 62794-9025** | Line **2.1** <br> ☐ Not listed. Explain ____ | _ |
| 4.15 | **Illinois Liquor Control Commission** <br> **101 W Jefferson St Apt 3-525** <br> **Springfield, IL 62702-5145** | Line **3.30** <br> ☐ Not listed. Explain ____ | _ |
| 4.16 | **Internal Revenue Service** <br> **PO Box 145566** <br> **Cincinnati, OH 45250-5566** | Line **2.4** <br> ☐ Not listed. Explain ____ | _ |
| 4.17 | **Internal Revenue Service** <br> **PO Box 39** <br> **Ogden, UT 84402-0039** | Line **2.5** <br> ☐ Not listed. Explain ____ | _ |
| 4.18 | **Jensyn L. Warren** <br> **707 W Adams St # 10** <br> **Auburn, IL 62615-1076** | Line **3.33** <br> ☐ Not listed. Explain ____ | **5774** |
| 4.19 | **Kimberly L. Warren** <br> **314 S 9th St** <br> **Auburn, IL 62615-1307** | Line **3.36** <br> ☐ Not listed. Explain ____ | **6618** |
| 4.20 | **Kyle D. Brown** <br> **1236 N Oaklane Rd Lot 60** <br> **Springfield, IL 62707-9749** | Line **3.37** <br> ☐ Not listed. Explain ____ | **6524** |
| 4.21 | **Liberty Utilities Midstates** <br> **75 Remittance Dr # 1741** <br> **Chicago, IL 60675-1741** | Line **3.40** <br> ☐ Not listed. Explain ____ | **0889** |
| 4.22 | **Prince Parker & Associates Inc** <br> **PO Box 474690** <br> **Charlotte, NC 28247-4690** | Line **3.17** <br> ☐ Not listed. Explain ____ | **8587** |
| 4.23 | **Shianne E. Prehn** <br> **1204 N Lawrence Ave** <br> **Taylorville, IL 62568-1224** | Line **3.58** <br> ☐ Not listed. Explain ____ | **9859** |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

Debtor    **Maggy's, Inc.**
     Name

Case number (if known) _____

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 343,880.38 |
| **5b. Total claims from Part 2** | 5b. + | $ 13,550.78 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 357,431.16 |

**Fill in this information to identify the case:**

Debtor name    **Maggy's, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Fire Suppression System Inspection provider**<br><br><br>**AEC**<br>**3003 Stanton St**<br>**Springfield, IL 62703-4316** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Servicing equipment**<br><br><br>**Airmasters Heating & Cooling**<br>**1330 N Grand Ave W**<br>**Springfield, IL 62702-1608** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Previous Employee**<br><br><br>**Alisha L. Points**<br>**902 Redwood Dr**<br>**Auburn, IL 62615-9364** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Previous provider**<br><br><br>**Ameren Illinois**<br>**PO Box 88034**<br>**Chicago, IL 60680-1034** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1   **Maggy's, Inc.**                                                    Case number *(if known)* _____
         First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Previous Employee** | |
| | State the term remaining | | **Andrea E. McKain** |
| | List the contract number of any government contract | | **73 Sugar Creek Hls**<br>**Auburn, IL 62615-9617** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Beverage Distributor** | |
| | State the term remaining | | **Breakthru Beverage Illinois LLC** |
| | List the contract number of any government contract | | **PO Box 809180**<br>**Chicago, IL 60680-9180** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Beverage Distributor** | |
| | State the term remaining | | **Coca Cola Refreshments** |
| | List the contract number of any government contract | | **3495 E Sangamon Ave**<br>**Springfield, IL 62707-9731** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Building - business closed** | |
| | State the term remaining | | **Danny Snodgrass, Landlord** |
| | List the contract number of any government contract | | **103 Foxx Manor Dr**<br>**Chatham, IL 62629-9727** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Previous Employee** | |
| | State the term remaining | | **Deanna M. Weaver** |
| | List the contract number of any government contract | | **404 S Bissell St**<br>**Virden, IL 62690-1605** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance provider** | |
| | State the term remaining | | **Denton Merritt Dycus Ins Agency** |
| | | | **PO Box 1179**<br>**Springfield, IL 62705-1179** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1   **Maggy's, Inc.**
　　　First Name　　　　Middle Name　　　　　Last Name

Case number *(if known)* _____

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

　　　List the contract number of
　　　any government contract　　　_____

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Previous provider** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Directv**<br>**PO Box 5006**<br>**Carol Stream, IL 60197-5006** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Facebook contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Eagle Publications, Inc**<br>**2 Eastport Plaza Dr**<br>**Collinsville, IL 62234-6109** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Dish machine provider** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ecolab, Inc.**<br>**PO Box 64371**<br>**Saint Paul, MN 55164-0371** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Printing Company -**<br>**Gift Certificates** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Faith Printing**<br>**824 Bills Rd**<br>**Franklin, IL 62638-5144** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Garbage provider** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Flowers Sanitation**<br>**PO Box 227**<br>**Virden, IL 62690-0227** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  **Maggy's, Inc.**
First Name          Middle Name          Last Name                    Case number *(if known)*

---

| | |
|---|---|
| ■ | **Additional Page if You Have More Contracts or Leases** |

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest | **Previous Employee** |
| State the term remaining | |
| List the contract number of any government contract | **Geoff A. Martin** **3 Karl Ln** **Springfield, IL 62702-3521** |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest | **Video and Gaming Equipment** |
| State the term remaining | |
| List the contract number of any government contract | **Grand River Amusements** **10685 E State Route 29** **Rochester, IL 62563-7977** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest | **Juke Box** |
| State the term remaining | |
| List the contract number of any government contract | **Grand River Amusements** **10685 E State Route 29** **Rochester, IL 62563-7977** |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest | **Previous Employee** |
| State the term remaining | |
| List the contract number of any government contract | **Gwendolyn Orr** **501 E Madison St** **Auburn, IL 62615-9349** |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | **Credit Card Systems** |
| State the term remaining | |
| List the contract number of any government contract | **Heartland Payment Systems** **1 Heartland Way** **Jeffersonville, IN 47130-5870** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | **Food Distributor** |
| State the term remaining | **Humphreys Market** **1821 S 15th St** **Springfield, IL 62703-3235** |

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1   **Maggy's, Inc.**
First Name         Middle Name              Last Name                              Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |
|---|---|
| List the contract number of any government contract | _____ |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Gaming License** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Illinois Gaming Board**<br>**160 N La Salle St # 300**<br>**Chicago, IL 60601-3130** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Liquor License** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Illinois Liquor Control Commission**<br>**100 W Randolph St # 7-801**<br>**Chicago, IL 60601-3290** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Previous Employee** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Jay A. Veach**<br>**1311 Valley Dr**<br>**Springfield, IL 62702-2250** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Previous Employee** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Jensyn L. Warren**<br>**203 S Springfield St**<br>**Virden, IL 62690-1421** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Previous Employee** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Kaylie M. Phillips**<br>**318 W Jefferson St**<br>**Girard, IL 62640-1118** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  **Maggy's, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name　　　　　　Case number *(if known)* _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Previous Employee** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kimberly L. Warren**<br>**203 S Springfield St**<br>**Virden, IL 62690-1421** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Previous Employee** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kyle D. Brown**<br>**201 E Ebony St**<br>**Thayer, IL 62689-1013** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Building construction and renovations** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ladage Construction, Inc.**<br>**12300 Alexander Rd**<br>**Auburn, IL 62615-9262** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Servicing equipment** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lewis Electric**<br>**1204 W Dean St**<br>**Virden, IL 62690-9602** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Previous provider** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Liberty Utilities**<br>**2751 N High St**<br>**Jackson, MO 63755-4003** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Printed Banners** | |
|---|---|---|---|
| | State the term remaining | | **Lomelino Sign Company**<br>**2122 E Morton Ave**<br>**Jacksonville, IL 62650-6431** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1   **Maggy's, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Previous Employee** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Lorilee A. Cumming** <br> **124 Stelle Ct** <br> **Virden, IL 62690-1105** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Previous Employee** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Mackenzie M. Tanner** <br> **401 N Rose Dr** <br> **Auburn, IL 62615-9310** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Previous Employee** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Maggie J. Howarth** <br> **236 S Church St** <br> **Virden, IL 62690-1310** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Beverage Distributor** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Marketplace Selections** <br> **1723 W Altorfer Dr** <br> **Peoria, IL 61615-1924** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Previous Employee** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Mary L. Camp** <br> **PO Box 156** <br> **Thayer, IL 62689-0156** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1   **Maggy's, Inc.**                                                                        Case number *(if known)*
_____                                    _____
First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Previous Employee** | |
|---|---|---|---|
| | State the term remaining | | **Michael E. Butler** |
| | List the contract number of any government contract | | **327 N Dye St** **Virden, IL 62690-1425** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Printing Company - Pens** | |
|---|---|---|---|
| | State the term remaining | | **Nationwide Business Resources** |
| | List the contract number of any government contract | | **15430 Condon Ave** **Lawndale, CA 90260-1937** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Servicing equipment** | |
|---|---|---|---|
| | State the term remaining | | **New Air Heating, Cooking & Duct Cleaning** |
| | List the contract number of any government contract | | **PO Box 19** **Thayer, IL 62689-0019** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Previous provider** | |
|---|---|---|---|
| | State the term remaining | | **New Wave Communications** |
| | List the contract number of any government contract | | **PO Box 988** **Sikeston, MO 63801-0988** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **office equipment rental** | |
|---|---|---|---|
| | State the term remaining | | **RK Dixon** |
| | List the contract number of any government contract | | **PO Box 856699** **Minneapolis, MN 55485-6699** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Beverage Distributor** | |
|---|---|---|---|
| | State the term remaining | | **Robert Chick Fritz, Inc.** **1000 E Hazel Dell Rd** **Springfield, IL 62703-5203** |

Debtor 1  **Maggy's, Inc.**
          First Name       Middle Name          Last Name                    Case number *(if known)*

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

---

**2.44.** State what the contract or lease is for and the nature of the debtor's interest — **Previous Employee**

State the term remaining

List the contract number of any government contract _____

**Shianne E. Prehn
403 1/2 W Jefferson St
Girard, IL 62640-1104**

---

**2.45.** State what the contract or lease is for and the nature of the debtor's interest — **Distributor**

State the term remaining

List the contract number of any government contract _____

**Skeff Distributing Company, Inc.
3585 E L & A Industrial Dr
Decatur, IL 62521**

---

**2.46.** State what the contract or lease is for and the nature of the debtor's interest — **Ice machine rental**

State the term remaining

List the contract number of any government contract _____

**Snell Enterprises, Inc.
617 S Springfield St
Virden, IL 62690-1680**

---

**2.47.** State what the contract or lease is for and the nature of the debtor's interest — **Advertisement**

State the term remaining

List the contract number of any government contract _____

**South County Publications
PO Box 50
Auburn, IL 62615-0050**

---

**2.48.** State what the contract or lease is for and the nature of the debtor's interest — **Beverage Distributor**

State the term remaining

List the contract number of any government contract _____

**Southern Glazers of Illinois
2971 Collection Center Dr
Chicago, IL 60693-0029**

---

Debtor 1   **Maggy's, Inc.**                                                   Case number *(if known)* _____
          First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Previous Employee** | |
|---|---|---|---|
| | State the term remaining | | **T. J. Martin** |
| | List the contract number of any government contract | _____ | **817 Freemans Farm Rd**<br>**Springfield, IL 62704-1010** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Utility Provider** | |
|---|---|---|---|
| | State the term remaining | | **Thayer Water/Sewer** |
| | List the contract number of any government contract | _____ | **PO Box 74**<br>**Thayer, IL 62689-0074** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Previous Employee** | |
|---|---|---|---|
| | State the term remaining | | **Trina R. Christian** |
| | List the contract number of any government contract | _____ | **206 S Springfield St Apt F**<br>**Virden, IL 62690-1489** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Butcher paper distributor** | |
|---|---|---|---|
| | State the term remaining | | **Uline** |
| | List the contract number of any government contract | _____ | **PO Box 88741**<br>**Chicago, IL 60680-1741** |

**Fill in this information to identify the case:**

Debtor name    **Maggy's, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,
Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____<br><br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br><br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br><br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br><br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of Illinois, Springfield Division

In re  **Maggy's, Inc.**

Debtor(s)

Case No. 

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 2,108.00 |
| Prior to the filing of this statement I have received | $ 2,108.00 |
| Balance Due | $ 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor  ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
   **Fee includes:**
   **$335.00 Filing Fee**
   **$33.00 for single filing, credit report information from the credit reporting agencies electronically loaded to petition;**
   **Remaining Balance - Attorney Fee**

   **The above fee includes meeting with the client, preparation of the petition, and work through the first meeting of creditors as indicated in the Standing Order entered January 1, 2014, or as said order may be altered, amended, or updated from time to time.  Said fee does not include any adversary proceedings.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Additional time above that fee will be billed at the regular hourly billable rate for any amendment(s) to the petition to add creditors that were not scheduled, adversary matters, objection to discharge, reaffirmation agreement(s), and the setting aside of liens, other than such issues as indicated above which were billed for prior to filing.**

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

In re    **Maggy's, Inc.**                                        Case No. _____
_____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
## (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May 26, 2017** | **/s/ John Narmont** |
| *Date* | **John Narmont** |
| | *Signature of Attorney* |
| | **John S. Narmont - 02016540** |
| | |
| | **209 N Bruns Ln** |
| | **Springfield, IL 62702-4612** |
| | **(217) 787-4130   Fax: (217) 787-8994** |
| | **jnarmont@narmontlaw.com** |
| | *Name of law firm* |